# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2766
LT Case No. 16-2010-CF-10571-A

_____

LAWRENCE DESHAWN BROOKS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
R. Anthony Salem, Judge.

Susanne K. Sichta and Rick A. Sichta, of The Sichta Firm,
LLC, Jacksonville, for Appellant.

James Uthmeier, Attorney General, and Adam B. Wilson,
Assistant Attorney General, Tallahassee, for Appellee.


June 23, 2026


PER CURIAM.

    AFFIRMED. *See Maye v. State*, No. SC2023-1184, 2026 WL
1346031 (Fla. May 14, 2026).

WALLIS, HARRIS, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____